AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BARBARA TUCKER,<br><br>*Plaintiff(s)*<br>v.<br>PALM BEACH OPERA, INC.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  23-CV-81270 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALM BEACH OPERA, INC.
Registered Agent: Joe F. Cremona
425 24th Street
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher S. Prater, Esq.
Pollard PLLC
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 15, 2023

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court